## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:10CR259(JCH) |
| JOHN FARNELL, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

**IT IS HEREBY ORDERED** that John Lynch, 222 S. Meramec, Suite 300, Clayton, Missouri 63105, (314) 726-9999 is appointed to represent Defendant John Farnell in this cause of action.

**IT IS FURTHER ORDERED** that upon request the United States District Court Clerk's Office is directed to provide Defendant's newly appointed counsel any documents deemed necessary in preparation for future proceedings.

Dated this 15th day of December, 2010.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE